# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| | : | |
| FIRST CHOICE FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, | : : : : : | Case No: 1:14-cv-02975-AT |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE HOME DEPOT, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF FIRST CHOICE FEDERAL
CREDIT UNION'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff First Choice Federal Credit Union, through the undersigned

counsel, hereby files this Corporate Disclosure and states as follows:

1. The undersigned counsel of record for a party to this action certifies that the

following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the

stock of a party:

**Plaintiff: First Choice Federal Credit Union.** Plaintiff First Choice

FCU is a federally chartered credit union headquartered at 2209 W State Street,

1

New Castle, Pennsylvania 16101-1138. Plaintiff First Choice FCU does not have a parent corporation and its stock is not publicly traded.  No publicly held corporation owns 10% or more of First Choice FCU's stock.

**Defendant: The Home Depot, Inc.**    Defendant The Home Depot, Inc. is a Delaware corporation with its principal place of business located at 2455 Paces Ferry Road N.W., Atlanta, Georgia 30339.  Defendant's stock is publicly traded on the New York Stock Exchange under the symbol "HD."  Plaintiff is unaware of any publicly held corporation owning 10% or more of Defendant's stock.

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      a) **Carlson Lynch Sweet & Kilpela, LLP**;

      b) **Gillen Withers & Lake, LLC**;

      c) **Lockridge Grindal Nauen P.L.L.P.;**

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      a) **For Plaintiff**: Thomas A. Withers, Anthony C. Lake, Gary F. Lynch, Edwin J. Kilpela, Jr., Jamisen A. Etzel, Sunshine R. Fellows, Richard

A. Lockridge, Robert K. Shelquist, Karen Hanson Riebel, Heidi M.

Silton, and Eric N. Linsk.

b) **For Defendant**: unknown at this time

Dated: September 18, 2014

Respectfully Submitted,

/s/ Anthony C. Lake
Anthony C. Lake, Esq.
Georgia Bar No. 431149
**GILLEN WITHERS & LAKE, LLC**
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: (404) 842-9700
Facsimile: (404) 842-9750
E-mail: aclake@gwllawfirm.com

*Counsel for Plaintiff First Choice Federal Credit Union*

## <u>CERTIFICATION UNDER LOCAL RULE 7.1(D)</u>

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that the foregoing filing is a computer-generated document, prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(B)

/s/ Anthony C. Lake
Anthony C. Lake, Esq.
Georgia Bar No. 431149
**GILLEN WITHERS & LAKE, LLC**
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: (404) 842-9700
Facsimile: (404) 842-9750
E-mail: aclake@gwllawfirm.com

*Counsel for Plaintiff First Choice Federal Credit Union*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this 18th day of September, the undersigned electronically filed the foregoing Motion for Transfer using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Anthony C. Lake
Anthony C. Lake, Esq.
Georgia Bar No. 431149
**GILLEN WITHERS & LAKE, LLC**
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: (404) 842-9700
Facsimile: (404) 842-9750
E-mail: aclake@gwllawfirm.com

*Counsel for Plaintiff First Choice Federal Credit Union*