IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | Case No. 1:14-cv-2975-AT |

## LIMITED APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

  Kristine McAlister Brown of the law firm of Alston & Bird LLP is authorized to practice in this court and hereby enters her limited appearance as attorney of record for Defendant Home Depot U.S.A., Inc. (improperly named as The Home Depot, Inc.)[1] in the above-captioned case for the sole purpose of filing a Notice of Related Case. Through entry of this Limited Notice of Appearance, Defendant does not waive service of summons or Plaintiff's Class Action

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions with Plaintiffs. Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.

Complaint and preserves any and all defenses it may now or ever have to any claims or allegations asserted in the Class Action Complaint.

Respectfully submitted this 3rd day of October, 2014.

By: */s/ Kristine McAlister Brown*
CARI K. DAWSON
Georgia Bar Number 213490
KRISTINE MCALISTER BROWN
Georgia Bar Number 480189
JAMES C. GRANT
Georgia Bar Number 305410
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  404-881-7000
Facsimile: 404-881-7777
cari.dawson@alston.com
kristy.brown@alston.com
jim.grant@alston.com

Attorneys for Defendant

## CERTIFICATE OF COMPLIANCE

I hereby certify that this **LIMITED APPEARANCE OF COUNSEL** was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted, this 3rd day of October, 2014.

By: */s/ Kristine McAlister Brown*  
KRISTINE MCALISTER BROWN  
Georgia Bar Number 480189

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **LIMITED APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, and additionally served counsel for Plaintiffs by depositing copy of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

Gary F. Lynch
Edwin J. Kilpela
Jamisen Etzel
Carlson Lynch Sweet & Kilpea LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212

Thomas A. Withers
Gillen Withers & Lake LLC
8 East Liberty Street
Savannah, Georgia 31412

Richard A. Lockridge
Robert K. Shelquist
Karen Hanson Riebel
Heidi M. Silton
Eric N. Linsk
Lockridge Grindal Nauen PLLP
100 Washington Ave. S, Suite 2200
Minneapolis, Minnesota 55401

By: */s/ Kristine McAlister Brown*
KRISTINE MCALISTER BROWN
Georgia Bar Number 480189