IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>Defendant. | **Case No. 1:14-cv-2975-AT** |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and N.D Ga. L.R. 3.3, Defendant Home Depot U.S.A., Inc. (improperly named as The Home Depot, Inc.)[1], by and through counsel of record, files this Certificate of Interested Persons and Corporate Disclosure Statement.

1.     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions with Plaintiff. Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.

any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For Plaintiff:**  First Choice Federal Credit Union.

**For Defendant:**  The Home Depot, Inc. is the parent corporation of Home Depot U.S.A., Inc.  No publicly held company owns ten percent or more of the stock of The Home Depot, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**For Plaintiff:**  Unknown

**For Defendant:** Defendant is investigating Plaintiff's claims and the potential availability of insurance coverage for those claims and will supplement this Certificate of Interested Persons and Corporate Disclosure Statement as appropriate.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:** Thomas A. Withers, Gillen Withers and Lake, LLC; Gary F. Lynch, Edwin J. Kilpela, Jamisen Etzel, Carlson Lynch Sweet & Kilpela, LLP;

Richard A. Lockridge, Robert K. Shelquist, Karen Hanson Riebel, Heidi M. Silton, Eric N. Linsk, Lockridge Grindal Nauen PLLP.

**For Defendant:** Cari K. Dawson, Kristine McAlister Brown, James C. Grant, Alston & Bird LLP.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 3rd day of October, 2014.

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490
KRISTINE MCALISTER BROWN
Georgia Bar Number 480189
JAMES C. GRANT
Georgia Bar Number 305410
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  404-881-7000
Facsimile: 404-881-7777
cari.dawson@alston.com
kristy.brown@alston.com
jim.grant@alston.com

Attorneys for Defendant

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this **Certificate of Interested Persons and Corporate Disclosure Statement** was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted, this 3rd day of October, 2014.

> By: */s/ Cari K. Dawson*
> CARI K. DAWSON
> Georgia Bar Number 213490

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, and additionally served counsel for Plaintiffs by depositing copy of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

Gary F. Lynch
Edwin J. Kilpela
Jamisen Etzel
Carlson Lynch Sweet & Kilpea LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212

Thomas A. Withers
Gillen Withers & Lake LLC
8 East Liberty Street
Savannah, Georgia 31412

Richard A. Lockridge
Robert K. Shelquist
Karen Hanson Riebel
Heidi M. Silton
Eric N. Linsk
Lockridge Grindal Nauen PLLP
100 Washington Ave. S, Suite 2200
Minneapolis, Minnesota 55401

By: */s/ Cari K. Dawson*
    CARI K. DAWSON
    Georgia Bar Number 213490