**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FIRST CHOICE FEDERAL CREDIT   )
UNION, individually and on behalf of   )
a class of similarly situated financial   )
institutions,   )
                                      )  **Case No. 1:14-cv-2975-AT**
          Plaintiffs,   )
  )
v.   )
  )
THE HOME DEPOT, INC.,   )
  )
          Defendant.

## NOTICE OF RELATED CASE

The JS44 Civil Cover Sheet requires the identification of related cases, if any, already pending in the Northern District of Georgia. *JP Morgan Chase Bank, N.A. v. Sampson*, No. 1:10–cv–1666–JEC, 2012 WL 949698, at *1 n.3 (N.D. Ga. Mar. 20, 2012). At the time Plaintiff filed this case, *Solak v. The Home Depot, Inc.*, No. 14-cv-02856-WSD, was already pending before Judge Duffey. The cases are related cases because they involve the same issues of fact and arise out of the same events or transactions included in the earlier pending *Solak* suit, namely the alleged Home Depot security breach. *See ALW Mktg. Corp. v. Drunasky*, No. 1:91–CV–545RLV, 1991 WL 345313, at *2 (N.D. Ga. Dec. 30, 1991).

Plaintiff inadvertently failed to identify any related case when it filed its

Class Action Complaint with the Court.  Because this case is related to the *Solak* case that was pending at the time this case was filed, Defendant Home Depot U.S.A., Inc. (improperly named as The Home Depot, Inc.)[1] respectfully requests that the Clerk of the Court identify this case as related to *Solak v. The Home Depot, Inc.*, No. 14-cv-02856-WSD.

Respectfully submitted this 3rd day of October, 2014.

By:  */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490
KRISTINE MCALISTER BROWN
Georgia Bar Number 480189
JAMES C. GRANT
Georgia Bar Number 305410
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  404-881-7000
Facsimile: 404-881-7777
cari.dawson@alston.com
kristy.brown@alston.com
jim.grant@alston.com

Attorneys for Defendant

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions with Plaintiffs.  Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.

- 3 -

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this **Notice of Related Case** was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted, this 3rd day of October, 2014.

By: */s/ Cari K. Dawson*

CARI K. DAWSON
Georgia Bar Number 213490

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **Notice of Related Case** with the Clerk of Court using the CM/ECF system, and additionally served counsel for Plaintiffs by depositing copy of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

Gary F. Lynch
Edwin J. Kilpela
Jamisen Etzel
Carlson Lynch Sweet & Kilpea LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212

Thomas A. Withers
Gillen Withers & Lake LLC
8 East Liberty Street
Savannah, Georgia 31412

Richard A. Lockridge
Robert K. Shelquist
Karen Hanson Riebel
Heidi M. Silton
Eric N. Linsk
Lockridge Grindal Nauen PLLP
100 Washington Ave. S, Suite 2200
Minneapolis, Minnesota 55401

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490