**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions,<br><br>        Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) **Case No. 1:14-cv-2975-AT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND FOR L.R. 23.1(C)(2) CONFERENCE**

COMES NOW Defendant Home Depot U.S.A., Inc.,[1] in accordance with Federal Rule of Civil Procedure 6(b)(1)(A) and paragraph III(A) of the Court's Guidelines to Parties and Counsel, and respectfully moves the Court to extend 1) the deadline for Defendant to answer or otherwise respond to Plaintiff's Class

---

[1] Defendant contends that Plaintiff's Class Action Complaint improperly names The Home Depot, Inc. as a defendant. Defendant further contends that The Home Depot, Inc. is not a retailer and therefore engaged in no transactions with Plaintiffs. Rather, Defendant contends that The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer. Plaintiff has not independently verified this at present.

Action Complaint (the "Complaint") and 2) the deadline for the parties' L.R. 23.1(C)(2) conference through and including December 15, 2014.

This case is one of thirty (30) putative class actions that have been filed in recent weeks in connection with the Home Depot security breach.[2] The Complaint in this action, which is the first-filed case on behalf of a financial institution, was filed on September 16, 2014, and served on Defendant on October 6, 2014, requiring a response to be filed on or before October 27, 2014.

On September 15, 2014, prior to the filing of this Complaint, a Motion for Consolidation and Transfer Under 28 U.S.C. §1407 was filed with the Judicial Panel on Multidistrict Litigation ("JPML"), seeking the transfer and consolidation of all of the federal actions instituted against Defendant that relate to the criminal intrusion into Home Depot data systems. *In re The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL Docket No. 2583. That motion, filed by plaintiffs in the first-filed consumer class action lawsuit, styled *Solak v. the Home Depot, Inc.*, United States District Court for the Northern District of Georgia,

---

[2] A chart of cases that have already been filed in federal court relating to the alleged Home Depot security breach is attached hereto as **Exhibit A**.

Atlanta Division, Case No. 1:14-cv-02856-WSD, was amended on September 19, 2014.[3]

Responsive pleadings are due in putative class actions filed against Defendant throughout the country where an extension has not yet been obtained. With new cases being filed weekly against Defendant, the extension is requested, particularly given the strong possibility that this matter will be consolidated into an MDL.

Defendant is working expeditiously to investigate Plaintiff's allegations and obtain the necessary information to enable it to file a response to this Complaint and the 29 other complaints filed against it. Defendant is in the process of evaluating the various complaints and deadlines and, if necessary, may seek guidance from this Court concerning the efficient scheduling and management of the cases before this Court. At this time, Defendant has requested and Plaintiff has agreed to an extension of time for Defendant to answer or otherwise respond to the Complaint and for the parties to conduct the L.R. 23.1(C)(2) conference through and including December 15, 2014. Defendant respectfully submits that the requested extension will not prejudice either party or unduly delay this proceeding.

---

[3] A copy of this Amended Motion is attached hereto as **Exhibit B**.

The December 15, 2014, deadline will benefit this Court and the parties, promote efficiency, and conserve judicial resources.  The JPML's hearing on the Amended Motion for Consolidation and Transfer is set to take place on December 4, 2014.  The requested extension will provide the Parties and the Court the opportunity for additional information relevant to the management of this case, including analysis of the likelihood of success of the motion to consolidate and transfer as well as further instruction from the JPML on scheduling and the formation of an MDL.  The parties recognize that the MDL process may impact future deadlines in this action, including the time within which to answer or otherwise respond to this Complaint and the other complaints filed against Defendant, and, therefore, have agreed to the requested extension.[4]  Defendant

---

[4] This Court and courts in other financial institution class action cases have granted similar extensions for Defendant to answer or otherwise respond to the complaint in those matters.  *See Southern Chautauqua Federal Credit Union v. The Home Depot, Inc.*, No. 1:14-cv-3020-AT, Dkt. 12 (N.D. Ga. Oct. 7, 2014); *First NBC Bank v. Home Depot, Inc.*, No. 2:14-cv-2182-JCZ-MBN, Dkt. 6 (E.D. La. Oct. 6, 2014); *Savings Institute Bank & Trust Co. v. The Home Depot, Inc.*, No. 1:14-cv-3178-TWT, Dkt. 20 (N.D. Ga. Oct. 21, 2014); *Kenmore NY Teachers Federal Credit Union v. Home Depot U.S.A., Inc.*, No. 1:14-cv-3220-CAP, Dkt. 13 (N.D. Ga. Oct. 21, 2014); *Cattaraugus County School Employees Federal Credit Union v. Home Depot U.S.A., Inc.*, No. 1:14-cv-3244, Dkt. 13 (N.D. Ga. Oct. 21, 2014); and *Sound Community Bank v. The Home Depot, Inc.*, No. 1:14-cv-3148-SCJ, Dkt. 18 (N.D. Ga. Oct. 23, 2014).

respectfully requests that this Court grant this unopposed motion and enter the proposed order, attached hereto as **Exhibit C**.

Respectfully submitted this 24th day of October, 2014.

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490
KRISTINE MCALISTER BROWN
Georgia Bar Number 480189
JAMES C. GRANT
Georgia Bar Number 305410
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  404-881-7000
Facsimile: 404-881-7777
cari.dawson@alston.com
kristy.brown@alston.com
jim.grant@alston.com

Attorneys for Defendant

## CERTIFICATE OF COMPLIANCE

I hereby certify that this **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FOR L.R. 23.1(C)(2) CONFERENCE** was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted, this 24th day of October, 2014.

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FOR L.R. 23.1(C)(2) CONFERENCE** with the Clerk of Court using the CM/ECF system and additionally served counsel for Plaintiffs by depositing copy of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

Gary F. Lynch
Edwin J. Kilpela
Jamisen Etzel
Carlson Lynch Sweet & Kilpea LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212

Richard A. Lockridge
Robert K. Shelquist
Karen Hanson Riebel
Heidi M. Silton
Eric N. Linsk
Lockridge Grindal Nauen PLLP
100 Washington Ave. S, Suite 2200
Minneapolis, Minnesota 55401

Thomas A. Withers
Gillen Withers & Lake LLC
8 East Liberty Street
Savannah, Georgia 31412

Anthony C. Lake
Gillen Withers & Lake LLC
3490 Piedmont Road NE
One Securities Center, Suite 1050
Atlanta, Georgia 30305

By: */s/ Cari K. Dawson*
　　CARI K. DAWSON
　　Georgia Bar Number 213490