# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) **Case No. 1:14-cv-2975-AT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FOR L.R. 23.1(C)(2) CONFERENCE

Having considered Defendant's Unopposed Motion To Extend Time To Respond To Complaint and For L.R. 23.1(C)(2) Conference, and for good cause shown, it is hereby ordered that the Motion is GRANTED. Defendant shall answer or otherwise respond to Plaintiff's Class Action Complaint on or before December 15, 2014, and the deadline for the parties' L.R. 23.1(C)(2) conference shall be extended to December 15, 2014. SO ORDERED this 24th Day of October, 2014

_____
The Honorable Amy Totenberg
Judge, United States District Court
Northern District of Georgia